No. 618. El Pueblo v. González.—
No. 632. El Pueblo v. Arrufat et al.—
No. 633. El Pueblo v. Nazario.—
No. 630. El Pueblo v. Verdejo.—
Apelaciones procedentes de las Cortes de Distrito de Ma-

yagüez, San Juan, Sección 2ª., Ponce y San Juan, Sección 2°., respectivamente. Resueltas en octubre 16, 1913. Confirmadas las sentencias apeladas. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Los apelantes no comparecieron.